UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHESTER STEVENSON, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-11337-IT |
| | * | |
| THOMAS DICKHAUT, | * | |
| | * | |
| Respondent. | * | |

ORDER

May 6, 2015

TALWANI, D.J.

After reviewing the March 16, 2015 Report and Recommendation [#43] of Magistrate Judge Bowler, and Petitioner's Objections to Report and Recommendation [#46], this court hereby ACCEPTS and ADOPTS the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this court hereby orders that Respondent's Motion to Dismiss [#37] is ALLOWED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge