UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHESTER STEVENSON, | * |
| Petitioner, | * |
| v. | * Civil Action No. 13-cv-11337-IT |
| THOMAS DICKHAUT, | * |
| Respondent. | * |

ORDER OF DISMISSAL

May 6, 2015

TALWANI, D.J.

Pursuant to the court's May 6, 2015 Order accepting and adopting the March 16, 2015 Report and Recommendation [#43] of Magistrate Judge Bowler and allowing Respondent's Motion to Dismiss [#37], the complaint is hereby dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge